UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

CASE NO.   15-10017

JASON MALLORY MCABEE
CHRISTINA MARIE MCABEE
Debtor(s)

CHAPTER 13

## NOTICE OF PLAN COMPLETION

COMES NOW, the Trustee, Debra L. Miller, and states as follows:

1. This case was filed on  1/ 7/15.
2. Debtor(s) completed the terms of the confirmed plan.
3. If the Debtor is eligible for a Discharge, the Debtor now has a duty to file a Motion for Discharge certifying compliance with 11 USC 1328(a) and (b) within 30 days.
4. If the Debtor is eligible for a discharge and fails to file a timely Motion, the case may be closed by the Bankruptcy Court without a benefit of the Discharge.

Dated:

January 29, 2018

Respectfully Submitted:

  /s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, Indiana  46634
(574) 254-1313

## CERTIFICATE OF SERVICE

I hereby certify that the above Notice was served as follows:        January 29, 2018

By U.S. Mail
Debtors: JASON MALLORY & CHRISTINA MARIE MCABEE, 310 EAST ARCH, PORTLAND, IN, 47371

By CM/ECF
Debtors' Attorney: GLOYESKI LAW OFFICE, 119 EAST CENTER ST SUITE B1, WARSAW, IN, 46580
U.S. Trustee:  ustpregion10.so.ecf@usdoj.gov

/s/ Harriette King